UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Wilson, Shane T. | ) | |
| | | ) | |
| | Wilson, Ashley R. | ) | NO. 16-91165 |
| | | ) | |
| | | ) | |

**TRUSTEE'S REPORT OF POSSIBLE
ASSETS AND NOTICE OF PROPOSED ABANDONMENT**

Kathryn L. Pry, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Bankruptcy Rule 3002(c)(5).

A complete inventory of the property of the Debtor is listed on the attached Form I and made a part hereof.

The Trustee also requests that the Clerk give notice pursuant to Fed.R.Bankr.P. 6007(a) that the Trustee proposes to abandon all property on the attached Form I as exempt, burdensome, over encumbered, of inconsequential value to the estate, or otherwise not suitable for administration **EXCEPT**:

        Asset # 17    (2016 pro rated tax refunds)
        Asset #2    (10224 S Roosevelt, Silver Lake)
        Asset #18    (Account Receivable - Burley Adams)

A report of depository is as follows:    NONE

DATED:   August 31, 2016

                                    /s/ Kathryn L. Pry, Trustee
                                    P.O. Box 6771
                                    New Albany, IN 47150
                                    812-944-2646
                                    kpry.trustee@att.net

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on August 31, 2016, a copy of the foregoing Report was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case filing System. Parties may access this filing through the Court's system:

Anthony J. Castor,  320 Walnut Street,  Madison, IN 47250
United States Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN 46204

/s/ Kathryn L. Pry, Trustee

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-91165 BHL  
**Case Name:** Wilson, Shane T.  
Wilson, Ashley R.  
**Period Ending:** 08/31/16

**Trustee:** (340300) Kathryn L. Pry  
**Filed (f) or Converted (c):** 07/26/16 (f)  
**§341(a) Meeting Date:** 08/31/16  
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 218 Airport Rd., Moores Hill, IN 47032-0000, Dea<br>Imported from original petition Doc# 1 | 72,000.00 | 0.00 | | 0.00 | 72,000.00 |
| 2 | 10224 S. Roosevelt St., Silver Lake, IN 46982-00<br>Imported from original petition Doc# 1 | 34,000.00 | 17,600.00 | | 0.00 | 34,000.00 |
| 3 | Checking: Woodforest National Bank<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | 200.00 |
| 4 | Savings: Woodforst National Bank<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | 20.00 |
| 5 | Checking: Midwest Carpenters FCU<br>Imported from original petition Doc# 1 | 0.58 | 0.00 | | 0.00 | 0.58 |
| 6 | Checking: UCB<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | 75.00 |
| 7 | Savings: UCB<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | 20.00 |
| 8 | Household furnishings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | 500.00 |
| 9 | TV (5), computer<br>Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | 550.00 |
| 10 | Clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | 500.00 |
| 11 | Ring<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | 500.00 |

Printed: 08/31/2016 10:35 PM  V.13.28

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 16-91165 BHL | Trustee: | (340300) | Kathryn L. Pry |
| --- | --- | --- | --- | --- |
| Case Name: | Wilson, Shane T. | Filed (f) or Converted (c): | 07/26/16 (f) | |
| | Wilson, Ashley R. | §341(a) Meeting Date: | 08/31/16 | |
| Period Ending: | 08/31/16 | Claims Bar Date: | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 12 | Costume jewlrey<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | 50.00 |
| 13 | Pension: PERF/Hoosier Start<br>Imported from original petition Doc# 1 | 306.52 | 0.00 | | 0.00 | 306.52 |
| 14 | Debtor 2 is owed over $3,000.00 in delinquent ch<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | 3,000.00 |
| 15 | 1994 Dodge Dakota, 67000 miles. Entire property<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | 2,000.00 |
| 16 | 2015 Dodge Grand Caravan, 22000 miles. Entire pr<br>Imported from original petition Doc# 1 | 18,000.00 | 0.00 | | 0.00 | 18,000.00 |
| 17 | 2016 pro rated tax refunds  (u) | 0.00 | 800.00 | | 0.00 | 800.00 |
| 18 | Account Recievable - Burley Adams, K for deed | 34,000.00 | 34,000.00 | | 0.00 | 34,000.00 |
| 18 | **Assets**     Totals  (Excluding unknown values) | **$165,722.10** | **$52,400.00** | | **$0.00** | **$166,522.10** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

 

_____  /s/ Kathryn L. Pry  
August 31, 2016  _____  
Date          Kathryn L. Pry