# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-91165 BHL
**Case Name:** Wilson, Shane T.
Wilson, Ashley R.
**Period Ending:** 12/31/16

**Trustee:** (340300) Kathryn L. Pry
**Filed (f) or Converted (c):** 07/26/16 (f)
**§341(a) Meeting Date:** 08/31/16
**Claims Bar Date:** 12/02/16

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 218 Airport Rd., Moores Hill, IN 47032-0000, Dea Imported from original petition Doc# 1 | 72,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 10224 S. Roosevelt St., Silver Lake, IN 46982-00 Imported from original petition Doc# 1 | 34,000.00 | 17,600.00 | | 1,600.00 | 27,600.00 |
| 3 | Checking: Woodforest National Bank Imported from original petition Doc# 1 | 200.00 | 0.00 | OA | 0.00 | FA |
| 4 | Savings: Woodforst National Bank Imported from original petition Doc# 1 | 20.00 | 0.00 | OA | 0.00 | FA |
| 5 | Checking: Midwest Carpenters FCU Imported from original petition Doc# 1 | 0.58 | 0.00 | OA | 0.00 | FA |
| 6 | Checking: UCB Imported from original petition Doc# 1 | 75.00 | 0.00 | OA | 0.00 | FA |
| 7 | Savings: UCB Imported from original petition Doc# 1 | 20.00 | 0.00 | OA | 0.00 | FA |
| 8 | Household furnishings Imported from original petition Doc# 1 | 500.00 | 0.00 | OA | 0.00 | FA |
| 9 | TV (5), computer Imported from original petition Doc# 1 | 550.00 | 0.00 | OA | 0.00 | FA |
| 10 | Clothing Imported from original petition Doc# 1 | 500.00 | 0.00 | OA | 0.00 | FA |
| 11 | Ring Imported from original petition Doc# 1 | 500.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-91165 BHL  
**Case Name:** Wilson, Shane T.  
Wilson, Ashley R.  
**Period Ending:** 12/31/16

**Trustee:** (340300)   Kathryn L. Pry  
**Filed (f) or Converted (c):** 07/26/16 (f)  
**§341(a) Meeting Date:** 08/31/16  
**Claims Bar Date:** 12/02/16

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Costume jewlrey  Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 13 | Pension: PERF/Hoosier Start  Imported from original petition Doc# 1 | 306.52 | 0.00 | OA | 0.00 | FA |
| 14 | Debtor 2 is owed over $3,000.00 in delinquent ch  Imported from original petition Doc# 1 | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1994 Dodge Dakota, 67000 miles. Entire property  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | 2015 Dodge Grand Caravan, 22000 miles. Entire pr  Imported from original petition Doc# 1 | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | 2016 pro rated tax refunds  (u) | 0.00 | 800.00 | | 0.00 | 800.00 |
| 18 | VOID  (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| **18** | **Assets**   **Totals** (Excluding unknown values) | **$131,722.10** | **$18,400.00** | | **$1,600.00** | **$28,400.00** |

RE PROP# 18    asset voided, duplicate of Asset #2, which is now set up as the receivable from Burley Adams.

**Major Activities Affecting Case Closing:**

Real estate sold on Contract for Deed.  Payments from Mr. Adams to come to Trustee through claims bar, at which time Trustee shall entertain negotiations to sell asset back to debtors.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-91165 BHL  
**Case Name:** Wilson, Shane T.  
Wilson, Ashley R.  
**Period Ending:** 12/31/16

**Trustee:** (340300)   Kathryn L. Pry  
**Filed (f) or Converted (c):** 07/26/16 (f)  
**§341(a) Meeting Date:** 08/31/16  
**Claims Bar Date:** 12/02/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2020     **Current Projected Date Of Final Report (TFR):** December 31, 2020

_____  
January 13, 2017  
Date

/s/ Kathryn L. Pry  
_____  
Kathryn L. Pry

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-91165 BHL | | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|---|
| Case Name: | Wilson, Shane T. | | Bank Name: | Rabobank, N.A. |
| | Wilson, Ashley R. | | Account: | ******3366 - Checking Account |
| Taxpayer ID #: | **-***6462 | | Blanket Bond: | $38,343,829.00  (per case limit) |
| Period Ending: | 12/31/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/16 | {2} | Burley L. Adams | Acct #1; Payment #1; payment on accounts receivable | 1110-000 | 400.00 | | 400.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 390.00 |
| 10/26/16 | {2} | Burley Adams | Acct #1; Payment #2; payment from Burley Adams on contract for deed | 1110-000 | 400.00 | | 790.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 780.00 |
| 11/27/16 | {2} | Burley L Adams | Acct #1; Payment #3; Payment from Burley Adams | 1110-000 | 400.00 | | 1,180.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,170.00 |
| 12/28/16 | {2} | Burley L ADams | Acct #1; Payment #4; payment from contract buyer | 1110-000 | 400.00 | | 1,570.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,560.00 |

|  | ACCOUNT TOTALS | 1,600.00 | 40.00 | $1,560.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 1,600.00 | 40.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $1,600.00 | $40.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 16-91165 BHL |
| **Case Name:** | Wilson, Shane T. |
| | Wilson, Ashley R. |
| **Taxpayer ID #:** | **-***6462 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Kathryn L. Pry (340300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3366 - Checking Account |
| **Blanket Bond:** | $38,343,829.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | Checking # ******3366 | 1,600.00 | 40.00 | 1,560.00 |
|  |  | $1,600.00 | $40.00 | $1,560.00 |

January 13, 2017
_____
Date

/s/ Kathryn L. Pry
_____
Kathryn L. Pry

{} Asset reference(s)

Printed: 01/13/2017 10:52 AM        V.13.28